IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-00499-PSF

JAMES D. THOMAS,

    Movant,

v.

SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL,

    Respondent.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

Upon Movant James Thomas' Unopposed Motion to Dismiss (Dkt. # 9), and being duly advised in the matter,

It is hereby ORDERED that the motion is GRANTED and Movant's Verified Motion to Quash Subpoena Duces Tecum is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that the hearing scheduled for May 15, 2006, is VACATED.

DATED:  May 15, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge